**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSE JAMES ISLEY, | ) Case No.: 1:10-cv-01378 JLT |
| | ) |
| Plaintiff, | ) ORDER GRANTING EXTENSION OF TIME |
| | ) |
| v. | ) |
| | ) (Doc. 12) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant | ) |
| | ) |

Parties have stipulated by counsel to extend the period of time for Plaintiff Jesse Isley to file his Opening Brief.  The Scheduling Order allows a single thirty-day extension by the stipulation of parties.

According to the terms of the stipulation, it is HEREBY ORDERED:

 1. Plaintiff is that Plaintiff is granted an extension of time until **April 8, 2011**, to file his Opening Brief;

 2. Defendant's Responsive Brief shall be due by **May 13, 2011**; and

 3 Plaintiff's Reply Brief is due 15 days after service of Defendant's Responsive Brief.

IT IS SO ORDERED.

Dated:   **March 11, 2011**                                       **/s/ Jennifer L. Thurston**
                                                                                        UNITED STATES MAGISTRATE JUDGE

1